UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00408-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DOMITILO MACIAS-VILLELA,

 Defendant.

---

**ORDER**

---

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Friday, September 3, 2010,** and responses to these motions shall be filed by **Friday, September 17, 2010.** It is

 FURTHER ORDERED that counsel shall request a hearing on all pending motions, if any, and final trial preparation conference, if necessary, at a future date. It is

 FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, October 12, 2010, at 9:00 a.m. in courtroom A-1002.**

 Dated: August 20, 2010

           BY THE COURT:

           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           Chief United States District Judge